■ INA S. ABRAMOWITZ, Respondent, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant. — Judgment, Supreme Court, Bronx County, entered July 12, 1979, upon a verdict awarding plaintiff damages in the sum of $40,000, unanimously reversed, on the law, and the matter remanded for a new trial, with costs to abide the event. Plaintiff, a schoolteacher, suffered severe burns when vials of acid wich she was carrying down an unattended school stairway were accidentally knocked over, causing the chemicals to splatter on her skin, after two boys playing ball and running backwards collided with her. We believe that a prima facie case was established to justify the jury's award of $40,000, based on the board of education's failure to monitor adequately the stairways during a class change. There was evidence that in the three years prior to the incident five stairway accidents had occurred, in two of which students had run into teachers. In fact, though appealed from, the board does not contest the amount of the verdict itself. Unfortunately, however, the case was submitted to the jury in a manner which permitted it to consider the assignment of plaintiff, a nonlicensed science teacher, "to use specialized science apparatus and chemicals" and the failure to provide a science laboratory on the same floor as her classroom. On the evidence, neither of these two theories of liability would support a finding of negligence. Timely exception to the court's charge was taken, and the jury returned a general verdict. We cannot conclude that the jury did not base its finding of negligence on either of these nonactionable predicates and, accordingly, we reverse and direct a new trial. *(Bergen v I.L.G.W.U. Houses,* 38 AD2d 933, 934, and cases cited therein.) Concur — Birns, J. P., Sandler, Sullivan, Markewich and Silverman, JJ.

■ ART SHIFFER, Appellant-Respondent, v BRISTOL MYERS COMPANY et al., Respondents-Respondents, and CAROLE C. WILSON, Appellant. BRISTOL MYERS COMPANY et al., Third-Party Plaintiffs-Respondents; ROBERT P. WILSON et al., Third-Party Defendants-Appellants. — Order, Supreme Court, New York County, entered on December 28, 1979, unanimously affirmed, without costs and without disbursements. The defendants-respondents cross-respondents' renewed motion is granted and the cross appeal of defendant Carole Wilson and third-party defendants Carole Wilson and Robert Wilson from the denial of leave to plaintiff to amend the complaint as against Bristol Myers and Clairol is dismissed, without costs, on the ground that they are not parties aggrieved. Concur — Kupferman, J. P., Birns, Fein, Sandler and Sullivan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW KING, Appellant. — Judgment, Supreme Court, Bronx County, rendered on August 7, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Fein, J. P., Sandler, Ross, Markewich and Lupiano, JJ.